# UNITED STATES DISTRICT COURT
for the

Middle District of Florida ▼

Conrado Ruiz-Gomez, Pascualito Sol Solis, Walter Pastor Perez-Magarino, Gabriel Medina-Duque, Angel Rasgado-Sibaja, Sergio Lopez and Ismael Lopez-Perez

*Plaintiff(s)*

v.

ASTIN FARMS, INC.

*Defendant(s)*

Civil Action No. 8:15 cv 2438 T 23 TGW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Astin Farms, LLC
Sam Astin, III - President
c/o J. Stepehn Gardner, Registered Agent
101 S. Franklin Street, Suite 101
Tampa, Florida 33602

2015 OCT 15 PM 1:55

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Karla C. Martinez & Gregory S. Schell
Florida Legal Services, Inc. - Migrant Farmworker Justice Project
508 Lucerne Avenue, Lake Worth, FL 33460
Tel: 561-582-3921

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: OCT 15 2015

*Signature of Clerk or Deputy Clerk*