UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| **CONRADO RUIZ-GOMEZ,** ) | |
| **PASCUALITO SOL SOLIS,** ) | |
| **WALTER PASTOR  PEREZ-MAGARINO,** ) | |
| **GABRIEL MEDINA-DUQUE,** ) | |
| **ANGEL RASGADO-SIBAJA,** ) | |
| **SERGIO LOPEZ and** ) | |
| **ISMAEL LOPEZ-PEREZ,** ) | |
| **on behalf of themselves and all** ) | Case No. 8:15-cv-2438-T-23TGW |
| **other persons similarly situated,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | |
| ) | |
| **ASTIN FARMS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

    1.  The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action— including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

| | |
|---|---|
| Conrado Ruiz-Gomez | Plaintiff |
| Pascualito Sol Solis | Plaintiff |
| Walter Pastor Perez-Magarino | Plaintiff |
| Gabriel Medina-Duque | Plaintiff |
| Angel Rasgado-Sibaja | Plaintiff |
| Ismael Lopez-Perez | Plaintiff |
| Aston Farms, Inc. | Defendant |
| Karla Martinez | Attorney - Florida Legal Services, Inc. |
| Gregory S. Schell | Attorney - Florida Legal Services, Inc. |
| David J. Stefany | Attorney - Allen, Norton & Blue, P.A. |

1

**2.   The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

None

**3.   The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

None

**4.   The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

| | |
|---|---|
| Conrado Ruiz-Gomez | Plaintiff |
| Pascualito Sol Solis | Plaintiff |
| Walter Pastor Perez-Magarino | Plaintiff |
| Gabriel Medina-Duque | Plaintiff |
| Angel Rasgado-Sibaja | Plaintiff |
| Ismael Lopez-Perez | Plaintiff |

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date: October 16, 2015

Respectfully submitted,

*/s/ Karla C. Martinez*
Karla C. Martinez
Florida Bar Number 094674
*/s/Gregory S. Schell*
Gregory S. Schell
Florida Bar Number 287199
Florida Legal Services, Inc.
MIGRANT FARMWORKER   JUSTICE
         PROJECT
508 Lucerne Avenue
Lake Worth, Florida 33460-3819
Tel:          (561) 582-3921
Fax:          (561) 582-4884
e-mail:      karla@floridalegal.org
                 greg@floridalegal.org

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of October, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record. A copy of the foregoing has been emailed to David J. Stefany (dstefany@anblaw.com) counsel for Defendant of Allen, Norton & Blue, Suite 225, 324 S. Hyde Park Avenue, Tampa, Florida 33606.

*/s/ Karla C. Martinez*
Karla C. Martinez