UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| **CONRADO RUIZ-GOMEZ,** **PASCUALITO SOL SOLIS,** **WALTER PASTOR PEREZ-MAGARINO,** **GABRIEL MEDINA-DUQUE,** **ANGEL RASGADO-SIBAJA,** **SERGIO LOPEZ and** **ISMAEL LOPEZ-PEREZ,** on behalf of themselves and all other persons similarly situated, Plaintiffs, vs. **ASTIN FARMS, INC.,** Defendant. | Case No. 8:15-cv-2438-T-23TGW |

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I hereby certify that the instant action:

\_\_\_\_\_ **IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:**

\_\_X\_\_ **IS NOT related to pending or closed civil or criminal case(s) previously filed with this Court, or any other Federal or State court, or administrative agency.**

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than eleven days after appearance of the party.

Dated: October 26, 2015

1

>Respectfully submitted,
>
>***/s/ Karla C. Martinez***
>Karla C. Martinez
>Florida Bar Number 094674
>
>***/s/Gregory S. Schell***
>Gregory S. Schell
>Florida Bar Number 287199
>Florida Legal Services, Inc.
>MIGRANT FARMWORKER   JUSTICE
>	PROJECT
>508 Lucerne Avenue
>Lake Worth, Florida 33460-3819
>Tel:	(561) 582-3921
>Fax:	(561) 582-4884
>e-mail:	karla@floridalegal.org
>	greg@floridalegal.org
>
>*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record. A copy of the foregoing has also been emailed to David J. Stefany (dstefany@anblaw.com) counsel for Defendant of Allen, Norton & Blue, Suite 225, 324 S. Hyde Park Avenue, Tampa, Florida 33606.

>***/s/ Karla C. Martinez***
>Karla C. Martinez