UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CONRADO RUIZ-GOMEZ,
PASCUALITO SOL SOLIS,
WALTER PASTOR PEREZ-MAGARINO,
GABRIEL MEDINA-DUQUE,
ANGEL RASGADO-SIBAJA,
SERGIO LOPEZ, and
ISMAEL LOPEZ-PEREZ, on behalf of themselves and all other persons similarly situated,

        Plaintiffs,

v.

ASTIN FARMS, INC.,

        Defendant.

Case No. 8:15-cv-02438-SDM-TGW

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that David J. Stefany and the law firm of Allen Norton & Blue, P.A., hereby enter their appearance as counsel of record for ASTIN FARMS, INC. ("Astin Farms" or "Defendant") in the above-referenced matter. All future pleadings and correspondence to Astin Farms in this litigation should be served upon the undersigned counsel at the Tampa office address shown below.

Dated this 18th day of December, 2015.

Respectfully submitted,

*/s/ David J. Stefany*
DAVID J. STEFANY
Florida Bar No. 0438995
*Trial Counsel for Defendant*

**ALLEN NORTON & BLUE, P.A.**
PROFESSIONAL ASSOCIATION

380641_1

**ALLEN NORTON & BLUE, P.A.**
Hyde Park Plaza - Suite 225
324 South Hyde Park Avenue
Tampa, Florida 33606-4127
(813) 251-1210 | (813) 253-2006 – Fax
E-mail:  dstefany@anblaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of December, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Gregory S. Schell, Esquire and Karla C. Martinez, Esquire, Florida Legal Services, Inc., 508 Lucerne Avenue, Lake Worth, Florida 33460-3819 (greg@floridalegal.org and karla@floridalegal.org).

/s/ David J. Stefany
ATTORNEY