UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CONRADO RUIZ-GOMEZ,
PASCUALITO SOL SOLIS,
WALTER PASTOR PEREZ-MAGARINO,
GABRIEL MEDINA-DUQUE,
ANGEL RASGADO-SIBAJA,
SERGIO LOPEZ and
ISMAEL LOPEZ-PEREZ, on behalf of themselves and all other persons similarly situated,

        Plaintiffs,

v.

ASTIN FARMS, INC.,

        Defendant.

Case No. 8:15-cv-02438-SDM-TGW

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Nicolette L. Bidarian of the law firm of Allen Norton & Blue, P.A., hereby enters her appearance as co-counsel of record for ASTIN FARMS, INC. ("Astin Farms" or "Defendant") in the above-referenced matter. All future pleadings and correspondence to Astin Farms in this litigation should also be served upon the Defendant's undersigned co-counsel at the Tampa office address shown below.

Dated this 18th day of December, 2015.

Respectfully submitted,

*/s/ Nicolette L. Bidarian*
NICOLETTE L. BIDARIAN
Florida Bar No. 83795
*Counsel for Defendant*

**ALLEN NORTON & BLUE, P.A.**
Hyde Park Plaza - Suite 225
324 South Hyde Park Avenue
Tampa, Florida 33606-4127
(813) 251-1210 | (813) 253-2006 – Fax
E-mail:  nbidarian@anblaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of December, 2015, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Gregory S. Schell, Esquire and Karla C. Martinez, Esquire, Florida Legal Services, Inc., 508 Lucerne Avenue, Lake Worth, Florida 33460-3819 (greg@floridalegal.org and karla@floridalegal.org).

*/s/ Nicolette L. Bidarian*
ATTORNEY