AO 441 (Rev. 07/10) Summons on Third-Party Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| CONRADO RUIZ-GOMEZ, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 8:15-cv-02438-SDM-TGW |
| ASTIN FARMS, INC. | ) | |
| *Defendant, Third-party plaintiff* | ) | |
| v. | ) | |
| TEMP.LABOR, LLC | ) | |
| *Third-party defendant* | ) | |

## SUMMONS ON A THIRD-PARTY COMPLAINT

To: *(Third-party defendant's name and address)*  TEMP.LABOR, LLC
CRUZ, HECTOR
2809 SPRING MEADOW DRIVE
PLANT CITY, FL 33566

A lawsuit has been filed against defendant __ASTIN FARMS, INC.__, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff __Conrado Ruiz-Gomez, et al__.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

David J. Stefany, Esquire and Nicolette L. Bidarian, Esquire, Allen Norton & Blue, P.A., 324 South Hyde Park Avenue, Suite 225, Tampa, FL 33606; (813) 251-1210  (813) 253-2006 Fax  (dstefany@anblaw.com; bidarian@anblaw.com)

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

Gregory S. Schell, Esquire and Karla C. Martinez, Esquire, Florida Legal Services, Inc., 508 Lucerne Avenue, Lake Worth, FL 33460-3819; (561) 582-3921 Office  (561) 582-4884 Fax  (greg@floridalegal.org; karla@floridalegal.org)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

A copy of the plaintiff's complaint is also attached. You may – but are not required to – respond to it.

Date: DEC 3 1 2015

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*