UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CONRADO RUIZ-GOMEZ,
PASCUALITO SOL SOLIS,
WALTER PASTOR PEREZ-MAGARINO,
GABRIEL MEDINA-DUQUE,
ANGEL RASGADO-SIBAJA,
SERGIO LOPEZ,
ISMAEL LOPEZ-PEREZ,
AURELIANO TORRES, and
ISABEL VELASCO, on behalf of themselves
and all other persons similarly situated,

Plaintiffs,

v.                                                                  Case No. 8:15-cv-02438-SDM-TGW

ASTIN FARMS, INC., and ASTIN
HARVESTING, INC.

Defendant.

**NOTICE OF APPEARANCE**

NOTICE IS HEREBY GIVEN that David J. Stefany and the law firm of Allen Norton & Blue, P.A., hereby enter their appearance as counsel of record for ASTIN HARVESTING, INC. ("Astin Harvesting" or "Defendant") in the above-referenced matter. All future pleadings and correspondence to Astin Harvesting in this litigation should be served upon the undersigned counsel at the Tampa office address shown below.

Dated this 5th day of January, 2016.                 Respectfully submitted,

                                                                            */s/ David J. Stefany*
                                                                            DAVID J. STEFANY
                                                                            Florida Bar No. 0438995
                                                                            *Trial Counsel for Defendant*

**ALLEN NORTON & BLUE, P.A.**
PROFESSIONAL ASSOCIATION

**ALLEN NORTON & BLUE, P.A.**
Hyde Park Plaza - Suite 225
324 South Hyde Park Avenue
Tampa, Florida 33606-4127
(813) 251-1210 | (813) 253-2006 – Fax
E-mail:  dstefany@anblaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of January, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Gregory S. Schell, Esquire and Karla C. Martinez, Esquire, Florida Legal Services, Inc., 508 Lucerne Avenue, Lake Worth, Florida 33460-3819 (greg@floridalegal.org and karla@floridalegal.org).

*/s/ David J. Stefany*
ATTORNEY

**ALLEN NORTON & BLUE, P.A.**
PROFESSIONAL ASSOCIATION

380641_2.docx