UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CONRADO RUIZ-GOMEZ,<br>PASCUALITO SOL SOLIS,<br>WALTER PASTOR PEREZ-MAGARINO,<br>GABRIEL MEDINA-DUQUE,<br>ANGEL RASGADO-SIBAJA,<br>SERGIO LOPEZ,<br>ISMAEL LOPEZ-PEREZ,<br>AURELIANO TORRES, and<br>ISABEL VELASCO, on behalf of themselves<br>and all other persons similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>ASTIN FARMS, INC., and ASTIN<br>HARVESTING, INC.<br><br>                Defendant. | Case No. 8:15-cv-02438-SDM-TGW |

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Nicolette L. Bidarian of the law firm of Allen Norton & Blue, P.A., hereby enters her appearance as co-counsel of record for ASTIN HARVESTING, INC. ("Astin Harvesting" or "Defendant") in the above-referenced matter. All future pleadings and correspondence to Astin Harvesting in this litigation should also be served upon the Defendant's undersigned co-counsel at the Tampa office address shown below.

Dated this 5th day of January, 2016.

Respectfully submitted,

*/s/ Nicolette L. Bidarian*
NICOLETTE L. BIDARIAN
Florida Bar No. 83795
*Counsel for Defendant*

**ALLEN NORTON & BLUE, P.A.**
Hyde Park Plaza - Suite 225
324 South Hyde Park Avenue
Tampa, Florida 33606-4127
(813) 251-1210 | (813) 253-2006 – Fax
E-mail:  nbidarian@anblaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of January, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Gregory S. Schell, Esquire and Karla C. Martinez, Esquire, Florida Legal Services, Inc., 508 Lucerne Avenue, Lake Worth, Florida 33460-3819 (greg@floridalegal.org and karla@floridalegal.org).

/s/ Nicolette L. Bidarian
ATTORNEY