UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CONRADO RUIZ-GOMEZ,
PASCUALITO SOL SOLIS,
WALTER PASTOR PEREZ-MAGARINO,
GABRIEL MEDINA-DUQUE,
ANGEL RASGADO-SIBAJA,
SERGIO LOPEZ,
ISMAEL LOPEZ-PEREZ,
AURELIANO TORRES, and
ISABEL VELASCO, on behalf of themselves
and all other persons similarly situated,

        Plaintiffs,

v.

ASTIN FARMS, INC., and ASTIN
HARVESTING, INC.

        Defendants.

CLASS ACTION

Case No. 8:15-cv-02438-SDM-TGW

**JOINT MOTION FOR ENLARGEMENT OF TIME TO COMPLETE AND
FILE CASE MANAGEMENT REPORT**

    COME NOW, Defendant, ASTIN FARMS, INC., and ASTIN HARVESTING, INC., by and through undersigned counsel, and file this Joint Motion for Enlargement of Time for Counsel to Meet and to File Case Management Report, and states the following in support thereof.

    1.    Pursuant to Local Rule 3.05 and this Court's Order of October 16, 2015 (Dkt. 4), counsel must meet, for the purpose of preparing and filing a Case Management Report by January 5, 2016.

    2.    The office of Defendants' counsel is located in Tampa, Florida and the office of Plaintiffs' counsel is located in Lake Worth, Florida.

**ALLEN NORTON & BLUE, P.A.**
PROFESSIONAL ASSOCIATION

3. Due to the distance between offices and the recent holidays, counsel for Defendants and counsel for Plaintiffs have not been able to arrange a mutually convenient time to conference for the purpose of preparing and filing a Case Management Report in this litigation.

4. Due to prior calendar commitments, the Plaintiffs' counsel currently are not available for scheduling the required Case Management Conference until January 8, 2016, at the earliest.

5. The parties submit that they can meet for the purposes of preparing the Case Management Report on Monday, January 11, 2016, when each party's trial counsel in this litigation is scheduled to be in a federal court hearing in Ft. Myers, Florida on a previously scheduled matter.

6. The parties submit that this modest request for an enlargement of time is made in good faith and will not delay the ultimate resolution of this litigation in any way. With the ability to meet in person to complete the Case Management Report, the undersigned counsel will be able to file their Case Management Report with this Court by January 12, 2016.

WHEREFORE, for the reasons stated above, the parties respectfully request to be allowed up through and including January 11, 2016 to conduct their meeting for the purpose of preparing and filing a Case Management Report, and be allowed until January 12, 2016 to file the Case management Report with this Court.


Dated this 5th day of January, 2016.

| /s/ Gregory S. Schell | /s/ David J. Stefany |
|---|---|
| GREGORY S. SCHELL | DAVID J. STEFANY |
| Florida Bar No. 287199 | Florida Bar No. 0438995 |
| KARLA C. MARTINEZ | NICOLETTE L. BIDARIAN |
| Florida Bar No. 094674 | Florida Bar No. 83795 |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |
| **FLORIDA LEGAL SERVICES, INC.** | **ALLEN NORTON & BLUE, P.A.** |
| **MIGRANT FARMWORKER JUSTICE PROJECT** | Hyde Park Plaza - Suite 225 |
| 508 Lucerne Avenue | 324 South Hyde Park Avenue |
| Lake Worth, Florida 33460-3819 | Tampa, Florida 33606-4127 |
| (561) 582-3921 | (561) 582-4884 - Fax | (813) 251-1210 | (813) 253-2006 – Fax |
| E-mail: greg@floridalegal.org | E-mail: dstefany@anblaw.com |
| karla@floridalegal.org | nbidarian@anblaw.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of January, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Karla C. Martinez, Esquire and Gregory S. Schell, Esquire, Florida Legal Services, Inc., Migrant Farmworker Justice Project, 508 Lucerne Avenue, Lake Worth, Florida 33460-3819 (karla@floridalegal.org and greg@floridalegal.org).

/s/ David J. Stefany
ATTORNEY