UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| **CONRADO RUIZ-GOMEZ,** ) <br> **PASCUALITO SOL SOLIS,** ) <br> **WALTER PASTOR PEREZ-MAGARINO,** ) <br> **GABRIEL MEDINA-DUQUE,** ) <br> **ANGEL RASGADO-SIBAJA,** ) <br> **SERGIO LOPEZ** and ) <br> **ISMAEL LOPEZ-PEREZ,** ) <br> **AURELIANO TORRES** and ) <br> **ISABEL VELASCO,** ) <br> on behalf of themselves and all ) <br> other persons similarly situated, ) <br> ) <br> **Plaintiffs,** ) <br> ) <br> vs. ) <br> ) <br> **ASTIN FARMS, INC.** and ) <br> **ASTIN HARVESTING, INC.,** ) <br> ) <br> **Defendants.** ) | CLASS ACTION <br><br> Case No. 8:15-cv-2438-T-23TGW |

## NOTICE OF CHANGE OF ADDRESS

Attorney <u>Karla C. Martinez</u> hereby files this Notice of Change of Address in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

MIGRANT FARMWORKER JUSTICE PROJECT
Florida Legal Services, Inc.
14260 W. Newberry Rd., No. 412
Newberry, Florida 32669
(352) 375-2494 Ext. 1012
(352) 331-5202 *fax*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of January 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Nicolette L. Bidarian, Esquire, and David J. Stefany, Esquire, Allen Norton & Blue, P.A., Hyde Park Plaza, Suite 225, 324 South Hyde Park Avenue, Tampa, Florida 33606 (nbidarian@anblaw.com and dstefany@anblaw.com), counsel of record for Defendants.

/s/*Karla C. Martinez*
Karla C. Martinez

Dated:   January 8, 2016                        Respectfully Submitted,

*Karla C. Martinez*
FL Bar No. 94674
MIGRANT FARMWORKER JUSTICE
    PROJECT
Florida Legal Services, Inc.
14260 W. Newberry Rd., No. 412
Newberry, Florida 32669
(352) 375-2494 Ext. 1012
(352) 331-5202 *fax*
e-mail: karla@floridalegal.org

*Attorney for Plaintiffs*