UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CONRADO RUIZ-GOMEZ, PASCUALITO SOL SOLIS, WALTER PASTOR PEREZ-MAGARINO, GABRIEL MEDINA-DUQUE, ANGEL RASGADO-SIBAJA, SERGIO LOPEZ and ISMAEL LOPEZ-PEREZ, AURELIANO TORRES, and ISABEL VELASCO on behalf of themselves and all other persons similarly situated,<br><br>         Plaintiffs,<br><br>v.<br><br>ASTIN FARMS, INC., and ASTIN HARVESTING, INC.,<br><br>         Defendants. | Case No. 8:15-cv-02438-SDM-TGW |
| ASTIN FARMS, INC.<br><br>         Third Party Plaintiff,<br>v.<br><br>TEMP.LABOR, LLC,<br><br>         Third Party Defendant. | |

## **DEFENDANTS' NOTICE OF COMPLIANCE**

COME NOW ASTIN FARMS, INC. and ASTIN HARVESTING, INC. ("Defendants"), by and through their undersigned counsel, and hereby file this Notice that Third Party Defendant Temp.Labor, LLC ("TempLabor") has been served with a Summons and copy of the Third Party Complaint. Consequentially, on January 26, 2016, Defendants' undersigned counsel served a

copy of the parties' Case Management Report (Docket No. 19) on TempLabor's counsel, consistent with Paragraph 6 of the Report.

Dated this 27th day of January, 2016.                    Respectfully submitted,

>                    */s/ David J. Stefany*
>                    DAVID J. STEFANY
>                    Florida Bar No. 0438995
>                    NICOLETTE L. BIDARIAN
>                    Florida Bar No. 83795
>                    *Counsel for Defendants*
>
>                    **ALLEN NORTON & BLUE, P.A.**
>                    Hyde Park Plaza - Suite 225
>                    324 South Hyde Park Avenue
>                    Tampa, Florida 33606-4127
>                    (813) 251-1210 | (813) 253-2006 – Fax
>                    E-mail:  dstefany@anblaw.com
>                                    nbidarian@anblaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 27th day of January, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Gregory S. Schell, Esquire, Florida Legal Services, Inc., Migrant Farmworker Justice Project, 508 Lucerne Avenue, Lake Worth, Florida 33460-3819 (greg@floridalegal.org), Karla C. Martinez, Esquire, Florida Legal Services, Inc., Migrant Farmworker Justice Project, 14260 West Newberry Road, No. 412, Newberry, Florida 32669 (karla@floridalegal.org), and Steve Wenzel, Esquire, Wenzel Fenton & Cabassa, P.A. at 1110 North Florida Ave., Suite 300, Tampa, FL, 33602 (swenzel@wfclaw.com).

>                    */s/ David J. Stefany*
>                    ATTORNEY