## **RETURN OF SERVICE**

**State of Florida**　　　　　　　　　　County of　　　　　　　　　　　　　　Court

Case Number: 8:15-CV-02438-SDM-TGW

**CONRADO RUIZ-GOMEZ, et al**
**Plaintiff**
v.
**ASTIN FARMS, INC.**
**Defendant, Third Party Plaintiff,**
v.
**TEMP LABOR, LLC**
**Thirdt party Defendant**

For:
Allen, Norton & Blue, PA
324 S. Hyde Park Avenue, Suite 225
Tampa, FL 33606

Received by Frank Bursa on the 21st day of January, 2016 at 2:12 pm to be served on **TEMP LABOR LLC, Hector Cruz, 2809 Spring Meadow Dr, Plant City, FL 33566**.

I, Bryan Murray, do hereby affirm that on the **26th day of January, 2016** at **11:10 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons on a Third Party Complaint for Indemnification** with the date and hour of service endorsed thereon by me, to: **Christine Cruz** Spouse of Registered Agent Hector Cruz, **authorized to accept service in absence of the Registered Agent** at the address of: **2809 Spring Meadow Dr, Plant City, FL 33566** on behalf of **TEMP LABOR LLC**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

Bryan Murray
Process Server/CPS 10-724757

**Frank Bursa**

Our Job Serial Number: ATR-2016000001
Ref: 0673.002

Copyright © 1992-2013 Database Services, Inc. - Process Server's Toolbox V7.0t