UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CONRADO RUIZ-GOMEZ
PASCUALITO SOL SOLIS,
WALTER PASTOR PEREZ-MAGRINO,
GABRIEL MEDINA-DUQUE,
ANGEL RASGADO-SIBAJA,
SERGIO LOPEZ and ISMAEIL LOPEZ-PEREZ, AURELIANO TORRES, and
ISABEL VELASCO on behalf of themselves
and all other persons similarly situated

    Plaintiff,

v.                                CASE No: 8:15-CV-02438-SDM-TGW

ASTIN FARMS, INC., and ASTIN
HARVESTING, INC.

    Defendants.
_____/

ASTIN FARMS, INC.

    Third Party Plaintiff,

v.

TEMP.LABOR, LLC

    Third Party Defendant
_____/

## THIRD PARTY DEFENDANT'S NOTICE OF APPEARANCE

STEVEN G. WENZEL, Esquire of Wenzel Fenton Cabassa, P.A., hereby gives notice of appearing as co-counsel of record for, TEMP.LABOR, LLC, in the above-styled action. He will assume responsibility as lead attorney on this matter for the Third Party Defendant.

Dated this 15th day of February, 2016.

Respectfully submitted,

*/ s / Steven G. Wenzel*
**STEVEN G. WENZEL**
Florida Bar No. 159055
**WENZEL FENTON CABASSA, P.A.**
1110 North Florida Ave., Suite 300
Tampa, Florida 33602
Direct: 813-223-6545
Main: 813-224-0431
Facsimile: 813-229-8712
E-Mail: swenzel@wfclaw.com
E-Mail: mcambronero@wfclaw.com
**ATTORNEYS FOR TEMP.LABOR, LLC**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of February, 2016, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to:

Nicolette L. Bidarian
David J. Stefany
Allen Norton & Blue, P.A.
Hyde Park Plaza - Suite 225
324 South Hyde Park Avenue
Tampa, Florida 33606
Email: dstefany@anblaw.com
Email: nbidarian@anblaw.com

Gregory S. Schell
Karla C. Martinez
Florida Legal Services, Inc.
508 Lucerne Avenue
Lake Worth, Florida 33460
Email: greg@floridalegal.org

*/ s / Steven G. Wenzel*
**STEVEN G. WENZEL**