UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**CONRADO RUIZ-GOMEZ**
**PASCUALITO SOL SOLIS,**
**WALTER PASTOR PEREZ-MAGRINO,**
**GABRIEL MEDINA-DUQUE,**
**ANGEL RASGADO-SIBAJA,**
**SERGIO LOPEZ and ISMAEIL LOPEZ-**
**PEREZ, AURELIANO TORRES, and**
**ISABEL VELASCO on behalf of themselves**
and all other persons similarly situated

  **Plaintiff,**

v.           CASE No: 8:15-CV-02438-SDM-TGW

**ASTIN FARMS, INC., and ASTIN**
**HARVESTING, INC.**

  **Defendants.**
_____/

**ASTIN FARMS, INC.**

  **Third Party Plaintiff,**

v.

**TEMP.LABOR, LLC**

  **Third Party Defendant**
_____/

## ANSWER TO AMENDED THIRD PARTY COMPLAINT FOR INDEMNIFICATION

  Third Party Defendant TEMP.LABOR, LLC. ("Defendant") through its undersigned counsel, answers the Amended Third Party Complaint filed by ASTIN FARMS, INC. ("Astin Farms") paragraph by paragraph, as follows:

1. It is admitted that the Court has jurisdiction over this cause but it is expressly denied that Temp.Labor, LLC ("Temp Labor") is liable to either Plaintiffs or Defendant/Third Party Plaintiff Astin Farms, Inc. ("Astin") or Astin Harvesting, Inc. or Astin Ranch.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Admitted.

8. Admitted.

9. The contract speaks for itself.

10. The contract speaks for itself.

11. The contract speaks for itself.

12. Admitted.

13. The contract speaks for itself.

14. Admitted.

15. Admitted.

16. The contract speaks for itself.

17. The contract speaks for itself.

18. The contract speaks for itself.

19. Admitted.

20. Admitted.

21. Admitted

22. Admitted.

23. Admitted.

24. The contract speaks for itself.

25. The contract speaks for itself.

26. Admitted.

27. Admitted.

28. Admitted.

29. Admitted.

30. Admitted.

31. Admitted.

32. Admitted.

33. Admitted.

34. Admitted.

35. Admitted.

36. Admitted.

37. It is admitted that the plaintiffs so erroneously plead.

38. It is admitted that the plaintiffs so erroneously plead.

39. It is admitted that the plaintiffs so erroneously plead.

40. It is admitted that the plaintiffs so erroneously plead.

41. It is admitted that the plaintiffs so erroneously plead.

42. Denied.

43. Admitted.

44. Denied.

45. Denied.

46. Denied.

## FIRST AFFIRMATIVE DEFENSE

Astin's Third-Party complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Temp Labor's liability, if any, is limited in accordance with the parties' agreements which are attached to the complaint.

## THIRD AFFIRMATIVE DEFENSE

Temp Labor adopts and incorporates the defenses pled by Astin.

## FOURTH AFFIRMATIVE DEFENSE

Neither Astin nor Temp Labor is liable to the H-2A Plaintiffs because all of the alleged underpayments were the subject of the Department of Labor audit of Temp Labor's H-2A worker practices and Temp Labor has fully complied with the Department of Labor audit findings, including the remittance of payments alleged to be due to Plaintiffs. It would be inequitable for Temp Labor to have to pay twice.

## FIFTH AFFIRMATIVE DEFENSE

Astin's claim for attorneys fees is barred because there is no right under Florida common law to recover attorneys fees and there is not a contractual provision requiring the payment of attorneys fees.

## SIX AFFIRMATIVE DEFENSE

Astin's claims for indemnity fails because it did not satisfy the conditions precedent required to make such a claim.

**WHEREFORE** having fully answered the Amended Third Party Complaint and asserted its affirmative defenses, Third Party Defendant Temp.Labor, LLC demands that the same be dismissed and that judgment be entered in its favor, together with its costs and attorney fees.

## JURY TRIAL DEMAND

Defendant TEMP.LABOR, LLC hereby demands a trial by jury on all issues so triable.

Dated this 15th day of February, 2016.

Respectfully submitted,

_/ s / Steven G. Wenzel_
**STEVEN G. WENZEL**
Florida Bar No. 159055
**WENZEL FENTON CABASSA, P.A.**
1110 North Florida Ave., Suite 300
Tampa, Florida 33602
Direct: 813-223-6545
Main: 813-224-0431
Facsimile: 813-229-8712
E-Mail: swenzel@wfclaw.com
E-Mail: mcambronero@wfclaw.com
**ATTORNEYS FOR TEMP.LABOR, LLC**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of February, 2016, the foregoing was electronically filed with the Clerk of the Court via the CM/ECF system, which will send a notice of electronic filing to:

Nicolette L. Bidarian
David J. Stefany
Allen Norton & Blue, P.A.
Hyde Park Plaza - Suite 225
324 South Hyde Park Avenue
Tampa, Florida 33606
Email: dstefany@anblaw.com
Email: nbidarian@anblaw.com

Gregory S. Schell
Karla C. Martinez
Florida Legal Services, Inc.
508 Lucerne Avenue
Lake Worth, Florida 33460
Email: greg@floridalegal.org

_/ s / Steven G. Wenzel_
**STEVEN G. WENZEL**