**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CONRADO RUIZ-GOMES,**
**et al.,**

    **Plaintiffs,**

**v.**                                                                   **Case No.: 8:15-cv-02438-SDM-TGW**

**ASTIN FARMS, INC.,**
**et al.,**

    **Defendants.**
_____/

**NOTICE OF SCHEDULED MEDIATION**

PLEASE BE ADVISED that this case has been scheduled for mediation to be held before Peter J. Grilli, Esq. on:

**DATE:**     **Friday, April 22, 2016**
**TIME:**     **9:00 a.m. (All day)**

**LOCATION:**     **Office of Peter J. Grilli Mediation**
                  **3001 West Azeele Street**
                  **Tampa, Florida 33609**

I HEREBY CERTIFY that February 23, 2016 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

    /s/ Peter J. Grilli
    Peter J. Grilli, Esq.
    Florida Bar No. 237851
    Mediator
    3001 West Azeele Street
    Tampa, Florida 33609
    813.874.1002     Fax: 813.874.1131
    email: meditr@aol.com