UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

_____
                                                    )
**CONRADO RUIZ-GOMEZ**, *et al.*,                   )
**individually and on behalf of all other**         )
**persons similarly situated,**                      )
                                                    )
               **Plaintiffs,**                       )
                                                    )
**v.**                                               )          Case 8:15-cv-2438-JSM-TGW
                                                    )
**ASTIN FARMS, INC. and**                            )
**ASTIN HARVESTING, INC.,**                          )
                                                    )
               **Defendants.**                       )
_____)

## NOTICE OF COUNSEL'S CHANGE OF ADDRESS

Gregory S. Schell, co-counsel for Plaintiffs, has relocated his office.  All future pleadings

and filings should be served on him at his new address:

    Gregory S. Schell
    Migrant Farmworker Justice Project
    Florida Legal Services, Inc.
    Post Office Box 32159
    Palm Beach Gardens, Florida   33420

The undersigned's telephone and e-mail addresses remain unchanged.

Respectfully submitted,

*/s/ Gregory S. Schell*
Gregory S. Schell
Florida Bar Number 287199
MIGRANT FARMWORKER JUSTICE
         PROJECT
Post Office Box 32159
Palm Beach Gardens, Florida   33420
Telephone:     (561) 582-3921
e-mail:         Greg@Floridalegal.Org

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to counsel of record.

*/s/ Gregory S. Schell*
Gregory S. Schell
Florida Bar Number 287199
MIGRANT FARMWORKER JUSTICE PROJECT
Post Office Box 32159
Palm Beach Gardens, Florida   33420