UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CONRADO RUIZ-GOMEZ, PASCUALITO SOL SOLIS, WALTER PASTOR PEREZ-MAGARINO, GABRIEL MEDINA-DUQUE, ANGEL RASGADO-SIBAJA, SERGIO LOPEZ and ISMAEL LOPEZ-PEREZ, AURELIANO TORRES, and ISABEL VELASCO on behalf of themselves and all other persons similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>ASTIN FARMS, INC., and ASTIN HARVESTING, INC.,<br><br>    Defendants. | Case No. 8:15-cv-02438-SDM-TGW |
| ASTIN FARMS, INC.,<br><br>    Third Party Plaintiff,<br>v.<br><br>TEMP.LABOR, LLC,<br><br>    Third Party Defendant. | |

**DEFENDANTS' NOTICE OF COMPLIANCE**

COME NOW ASTIN FARMS, INC., and ASTIN HARVESTING, INC. (collectively "Defendants"), by and through their undersigned counsel, and hereby serve and file this Notice of Compliance with the Court's Order (Docket No. 26), ordering Defendant to "…file a notice of mediation that states the agreed day and time of mediation." [Dkt. No. 26, ¶d]. The Defendant is

in compliance with this Court's Order as the Court-appointed mediator filed the requested notice, designating mediation to take place on April 22, 2016 (Dkt No. 30).

Dated this 15th day of April, 2016.　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ David J. Stefany*
　　　　　　　　　　　　　　　　　　　　　　　DAVID J. STEFANY
　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 0438995
　　　　　　　　　　　　　　　　　　　　　　　NICOLETTE L. BIDARIAN
　　　　　　　　　　　　　　　　　　　　　　　Florida Bar No. 83795
　　　　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*

　　　　　　　　　　　　　　　　　　　　　　　**ALLEN NORTON & BLUE, P.A.**
　　　　　　　　　　　　　　　　　　　　　　　Hyde Park Plaza - Suite 225
　　　　　　　　　　　　　　　　　　　　　　　324 South Hyde Park Avenue
　　　　　　　　　　　　　　　　　　　　　　　Tampa, Florida 33606-4127
　　　　　　　　　　　　　　　　　　　　　　　(813) 251-1210 | (813) 253-2006 – Fax
　　　　　　　　　　　　　　　　　　　　　　　E-mail:  dstefany@anblaw.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　nbidarian@anblaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of April, 2016, I sent an electronic copy of the foregoing via e-mail and first class U.S. mail, postage prepaid, to Gregory S. Schell, Esquire, Florida Legal Services, Inc., Migrant Farmworker Justice Project, Post Office Box 32159, Palm Beach Gardens, Florida  33420 (greg@floridalegal.org), Karla C. Martinez, Esquire, Florida Legal Services, Inc., Migrant Farmworker Justice Project, 14260 West Newberry Road, No. 412, Newberry, Florida 32669 (karla@floridalegal.org), and Steve Wenzel, Esquire, Wenzel Fenton & Cabassa, P.A. at 1110 North Florida Ave., Suite 300, Tampa, FL, 33602 (swenzel@wfclaw.com).

　　　　　　　　　　　　　　　　　　　　　　　*/s/ David J. Stefany*
　　　　　　　　　　　　　　　　　　　　　　　ATTORNEY