**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**CONRADO RUIZ–GOMES,**
**et al.,**

    **Plaintiffs,**

**v.**                                                  **Case No.: 8:15–cv–02438-SDM-TGW**

**ASTIN FARMS, INC.,**
**et al.,**

    **Defendants.**
_____/

**MEDIATION REPORT**

    In accordance with the Court's mediation order, a mediation conference was held on April 22, 2016. Plaintiffs' trial counsel, the Astin's corporate representative and trial counsel, and Temp.Labor's representative and trial counsel attended and participated.

    <u>The case has been settled subject to Court approval, and with certain attorneys' fees and cost issues for Court decision.</u>

    Done April 26, 2016 in Tampa, Florida.

                                    Respectfully submitted,

                                    <u>/s/ Peter J. Grilli</u>
                                    Peter J. Grilli, Esq.
                                    Florida Bar No. 237851
                                    Mediator
                                    3001 West Azeele Street
                                    Tampa, Florida 33609
                                    813.874.1002   Fax: 813.874.1131
                                    email: peter@grillimediation.com

    I HEREBY CERTIFY that April 26, 2016 I electronically filed the foregoing document with the United States District Court Electronic Case Filing system, which will electronically send copies to counsel of record.

                                    <u>/s/ Peter J. Grilli</u>
                                    Peter J. Grilli, Esq.