UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

TAMPA DIVISION

| | |
|---|---|
| CONRADO RUIZ-GOMEZ, <br> PASCUALITO SOL SOLIS, <br> WALTER PASTOR PEREZ-MAGARINO, <br> GABRIEL MEDINA-DUQUE, <br> ANGEL RASGADO-SIBAJA, <br> SERGIO LOPEZ and <br> ISMAEL LOPEZ-PEREZ, <br> AURELIANO TORRES and <br> ISABEL VELASCO, <br> on behalf of themselves and all <br> other persons similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> ASTIN FARMS, INC. and <br> ASTIN HARVESTING, INC., <br><br> Defendants. | CLASS ACTION <br><br> Case No. 8:15-cv-2438-T-23TGW |
| ASTIN FARMS, INC., <br><br> Third Party Plaintiff <br> vs. <br><br> TEMP.LABOR, LLC <br><br> Third Party Defendant. | |

**MOTION TO WITHDRAW AS COUNSEL**

Karla C. Martinez, co-counsel for Ruiz-Gomez, *et al.* ("Plaintiffs"), pursuant to Local Rule 2.03 hereby moves for an order permitting counsel Martinez to withdraw as co-counsel of record for Plaintiffs in this action. As grounds for this motion counsel Martinez states as follows:

1

1. Counsel Martinez has been representing Plaintiffs as co-counsel along with Gregory S. Schell, at all times during this litigation.

2. Florida Legal Services, Inc., through Gregory S. Schell, will continue to represent the interests of Plaintiffs as counsel throughout the remainder of this litigation. Consequently, Plaintiffs will not be prejudiced by Martinez's withdrawal.

3. Effective May 5, 2016, counsel Karla C. Martinez will no longer be employed by Florida Legal Services, Inc. and will be unable to continue to represent Plaintiffs in this action.

4. In accordance with Local Rule 2.03(b), the clients and opposing counsel have been notified of counsel's intent to withdraw.

5. In accordance with Local Rule 3.01(g), counsel has conferred with counsel of record and no objections were expressed.

WHEREFORE, counsel Martinez requests that this court permits her to withdraw as co-counsel in this action.

Dated: April 26, 2016

        Respectfully Submitted,

        */s/Karla C. Martinez*
        Karla C. Martinez
        FL Bar No. 94674
        MIGRANT FARMWORKER JUSTICE
            PROJECT
        Florida Legal Services, Inc.
        14260 W. Newberry Rd., No. 412
        Newberry, Florida 32669
        (352) 375-2494 Ext. 1012
        (352) 331-5202 *fax*
        e-mail: karla@floridalegal.org

        Gregory S. Schell
        FL Bar No. 287199
        MIGRANT FARMWORKER JUSTICE
            PROJECT

                                      Florida Legal Services, Inc
                                      P.O. Box 32159
                                      Palm Beach Lakes, FL 33420
                                      (561) 582-3921
                                      (561) 582-4884
                                      e-mail: greg@floridalegal.org

                                      *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 26th day of April 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to counsel of record:

| | |
|---|---|
| Nicolette L. Bidarian, Esq.<br>(nbidarian@anblaw.com) | Steve Wenzel, Esq.<br>(swenzel@wfclaw.com) |
| David J. Stefany, Esq.<br>(dstefany@anblaw.com) | WENZEL FENTON & CABASSA, P.A.<br>1110 N Florida Ave, Ste. 300<br>Tampa, FL 33602 |
| ALLEN NORTON & BLUE, P.A.<br>Hyde Park Plaza, Suite 225<br>324 South Hyde Park Ave.<br>Tampa, Florida 33606 | |
| *Counsel for Defendants Astin Farms and Astin Harvesting, Inc.* | *Counsel for Third Party Defendant TempLabor, LLC* |

                                                                      */s/Karla C. Martinez*
                                                                    Karla C. Martinez