UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CONRADO RUIZ-GOMEZ, et al.,

    Plaintiffs,

v.                                                  CASE NO. 8:15-cv-2438-T-23TGW

ASTIN FARMS, INC., et al.,

    Defendants.
_____/

## **ORDER**

Karla Martinez's unopposed motion (Doc. 34) for leave to withdraw as the plaintiffs' counsel in this action is **GRANTED**.

ORDERED in Tampa, Florida, on May 9, 2016.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE