UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CONRADO RUIZ-GOMEZ, et al.,

    Plaintiffs,

v.                                      CASE NO. 8:15-cv-2438-T-23TGW

ASTIN FARMS, INC., et al.,

    Defendants.
_____/

**ORDER**

The plaintiffs' unopposed motion (Doc. 35) to join thirty-three individuals as plaintiffs is **GRANTED**. No later than **JULY 19, 2016**, the plaintiffs must amend the complaint (Doc. 13) to include the claims of the thirty-three new plaintiffs. No later than **JULY 26, 2016**, the defendants must amend accordingly the answer (Doc. 21) and the third-party complaint (Doc. 23). No later than **JULY 29, 2016**, the parties must announce whether the settlement (Doc. 33) applies to the amended complaint and to the amended third-party complaint. The parties are reminded that, if the parties wish to dismiss with prejudice a claim under the Fair Labor Standards Act, the parties must move for court approval of the settlement of the claim. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352 (11th Cir. 1982) ("[T]he

[FLSA] provisions are not subject to negotiation or bargaining between employers and employees.").

ORDERED in Tampa, Florida, on July 13, 2016.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE