UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| CONRADO RUIZ-GOMEZ,<br>JOSE DEL CARMEN CASTELLANO,<br>RIGOBERTO CASTILLEJOS-<br>TRUJILLO,<br>MANUEL DeJESUS CLEMENTE-<br>ANGEL,<br>MANUEL DIAZ-DIAZ,<br>AGUSTIN DIAZ-HERNANDEZ,<br>MARCELINO DIAZ-LOPEZ,<br>ANTONIO GOMEZ-PEREZ,<br>MANUEL GOMEZ-SANCHEZ,<br>MIGUEL GONZALEZ-HERNANDEZ,<br>MARCOS GUZMAN-LOPEZ,<br>ALEJANDRO GUZMAN-PEREZ,<br>SILVERIO HERNANDEZ-GONZALEZ,<br>FIDEL HERNANDEZ-JIMENEZ,<br>ESAU JIMENEZ-RUIZ,<br>JOSE ALFREDO JIMENEZ- RUIZ,<br>JOSE ISABEL LOPEZ-CRUZ,<br>JULIO CESAR LOPEZ-CRUZ,<br>PEDRO LOPEZ-DIAZ,<br>ARMANDO LOPEZ-GOMEZ,<br>SERGIO LOPEZ-MORALES,<br>ANDRES LOPEZ-NUÑEZ,<br>ISMAEL LOPEZ-PEREZ,<br>JOSUE DeJESUS MATIAS-TOLEDO,<br>GABRIEL MEDINA-DUQUE,<br>JOSE MELENDEZ-HERNANDEZ,<br>FELIX NUÑEZ-NUÑEZ,<br>PABLO PEREZ-LOPEZ,<br>WALTER PASTOR PEREZ-<br>MAGARINO,<br>APOLINAR PEREZ-RUIZ,<br>JACOB RASGADO-ALTAMIRANO,<br>WILLIAM MAURICIO RASGADO-<br>CASTELLANOS,<br>ANGEL RASGADO-SIBAJA,<br>GENARO RUIZ-ANGEL,<br>FREDI RUIZ-GOMEZ,<br>ROBERTO RUIZ-PEREZ, | CLASS ACTION<br><br>Case No. 8:15-cv-02438-SDM-TGW |

VICENTE RUIZ-VELASCO,
PASCUALITO SOL SOLIS,
AURELIANO TORRES,
PASCUAL TRUJILLO-VELEZ,
ISABEL VELASCO and
ROBERTO CARLOS VELES-
HERNANDEZ, on behalf of themselves
and all other persons similarly situated,

                  Plaintiffs,

v.

ASTIN FARMS, INC., and ASTIN
HARVESTING, INC.

                  Defendants.
_____

ASTIN FARMS, INC.,

                  Third Party Plaintiff,

v.

TEMP.LABOR, LLC,

                  Third        Party
Defendant.

## NOTICE OF SUBSTITUTION OF COUNSEL WITHIN SAME FIRM

Notice is hereby given that ROBERT K. DWYER of Florida Legal Services, appears as - counsel of record on behalf of Plaintiffs in this case. Undersigned counsel should be substituted for former counsel, Gregory Schell, who is no longer employed by the Florida Legal Services. All future pleadings, documents, and correspondence in this case should be served upon the undersigned at the address below.

                                  s/ *Robert K. Dwyer*
                                 Robert K. Dwyer, Esq.
                                 FBN: 894257
                                 Florida Legal Services
                                 14260 W. Newberry Rd. Ste. 14260
                                 Newberry, FL 32669
                                 (352) 375-2494 extension 1002
                                 Email: Robert@floridalegal.org

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 26, 2016 that I filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Nicolette L. Bidarian, Esquire,and David J. Stefany, Esquire, Allen Norton & Blue, P.A., Hyde Park Plaza, Suite 225, 324 South Hyde Park Avenue, Tampa, Florida 33606 (nbidarian@anblaw.com and dstefany@anblaw.com), counsel of record for the Astin Defendants, and Steven G. Wenzel, Wenzel, Fenton Cabassa, P.A., 1110 North Florida Avenue, Suite 300, Tampa, Florida 33602 (swenzel@wfclaw.com), counsel of record for Third Party Defendant Temp Labor, LLC.

/s/ *Robert K. Dwyer*
Robert K. Dwyer